UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN RE SEARCH/SEIZURE WARRANT

| | |
|---|---|
| Plaintiff(s), | Case No. 23-51358 |
| v. | Judge Stephen J. Murphy, III |
| | Magistrate Judge |
| Defendant(s). / | |

**NOTICE OF CORRECTION**

Docket entry number __3+__, filed __12/12/2023__, has been modified. The explanation for the correction is stated below.

- [✓] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [✓] Other: Text-Only Notice entry was made on the wrong case as well.

If you need further clarification or assistance, please contact __Susan Pinkowski__ at __234-2662__.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: December 13, 2023

Susan Pinkowski
Deputy Clerk